PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Christopher Hurst  Cr.: 11-00354-001
PACTS #: 61967

Name of Sentencing Judicial Officer:  THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: April 16, 2012

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 30 months imprisonment, 3 years supervised release; $100 Special Assessment

Special Conditions: Alcohol and Substance Abuse Testing and Treatment, Gang/Criminal Associations Prohibition

Type of Supervision: Supervised Release    Date Supervision Commenced: 01/18/2013

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On May 19, 2015, Jersey City police detectives observed Hurst meeting with Terrence Glenn at Garfield and Fulton Avenues, where the offender allegedly provided Glenn with a white plastic bag in exchange for a sum of currency. The offender then departed the area in his vehicle. Glenn was stopped by detectives and a search of his person revealed a white plastic bag containing marijuana weighing 29 gross grams. The offender was followed and stopped a short distance later. He was ordered out of his vehicle and arrested. A total of $470 was seized from his person as suspected narcotics proceeds. A consented search of his vehicle concluded with negative results for narcotics. The offender was charged with Distributing, Dispensing or Possessing within 500 Feet of Public Property. He was released on a $1,000 cash bail. |
| | This matter is pending in Jersey City Municipal Court and was forwarded to the Hudson County Prosecutors Office for consideration. There is no scheduled court date as of this time. |

U.S. Probation Officer Action:

With the exception of this arrest, the offender has remained compliant with all conditions of supervised release. He has remained gainfully employed with CBA, a circular distribution company in Jersey City, and has been pursuing a career in the music industry as a rap artist.

Prob 12A – page 2
Christopher Hurst

It is respectfully requested that the Court refrain from taking action until the offender's pending state case is resolved. The offender will be closely supervised by the probation office and we will keep the Court apprised of any changes or the possible need to initiate violation proceedings.

Respectfully submitted,

*Maureen Kelly*

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 06/16/2015

Please check a box below to indicate the Court's direction regarding action to be taken in this case:

[X] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

6/17/15
_____
Date