PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Christopher Hurst                                   Cr.: 11-00354-001
                                                                      PACTS #: 61967

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: April 16, 2012

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 30 months imprisonment, 3 years supervised release; $100 Special Assessment

Special Conditions: Alcohol and Substance Abuse Testing and Treatment, Gang/Criminal Associations Prohibition

Type of Supervision: Supervised Release                Date Supervision Commenced: 01/18/2013

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On May 19, 2015, the offender was arrested by Jersey City police detectives and charged with Distributing, Dispensing or Possessing drugs within 500 Feet of Public Property. He was released on a $1,000 cash bail. |
|   | On December 17, 2015, the offender pleaded guilty to loitering (a disorderly persons offense) and was sentenced to a $239 fine, which he paid in full in Jersey City Municipal Court. |

U.S. Probation Officer Action:

Your Honor was previously notified of this arrest, and ordered no action be taken pending resolution of the state charge. With the exception of this arrest, the offender appears to be compliant with all conditions of supervised release. He is scheduled to expire from supervised release on January 17, 2016. We recommend that Your Honor allow us to provide a copy of this petition to the offender as a formal judicial reprimand from the Court.

Respectfully submitted,

Maureen Kelly
*Maureen Kelly* 2015.12.23 13:34:54
-05'00'

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 12/23/2015

Prob 12A – page 2
Christopher Hurst

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Present this document as a formal judicial reprimand from the Court

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

1/6/16
Date